# NO. 12-15-00063-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *ERIC MAULDIN,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
### PER CURIAM

In this original proceeding, Relator, Eric Mauldin, purports to petition for writs of mandamus and prohibition. In substance, however, he seeks relief from at least one final felony conviction. Therefore, we construe his petition as a request for postconviction habeas relief.

A writ of habeas corpus is the exclusive means to challenge a final felony conviction. Tex. Code Crim. Proc. Ann. art. 11.07 § 3 (West Supp. 2014); *Bd. of Pardons & Paroles ex rel. Keene v. Eighth Dist. Court of Appeals*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995). But only the court of criminal appeals has jurisdiction to grant postconviction habeas relief from a final felony conviction. *See Keene*, 910 S.W.2d at 483. Accordingly, we *dismiss* Relator's postconviction petition for writ of habeas corpus *for want of jurisdiction*.

Opinion delivered March 18, 2015.
Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 18, 2015**

**NO. 12-15-00063-CR**

**ERIC MAULDIN,**
Relator
V.
**HON. JACK SKEEN, JR.,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus (construed as a petition for postconviction habeas relief) filed by **ERIC MAULDIN**; who is the relator in Cause No. 007-1313-04, pending on the docket of the 241st Judicial District Court of Smith County, Texas. Said petition having been filed herein on March 12, 2015, and the same having been duly considered, because it is the opinion of this Court that this Court does not have jurisdiction, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition be, and the same is, hereby **dismissed for want of jurisdiction.**

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*